No. 99–6673.  IN RE TYLER.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1017] denied.

No. 99–6705.  BURGESS *v.* KITZHABER ET AL.  Ct. App. Ore. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1042] denied.

No. 99–7178.  TSU ET UX. *v.* TRACY FEDERAL BANK ET AL. C. A. 9th Cir.  Motion of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until February 14, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–7343.  IN RE EHNES; and
No. 99–7591.  IN RE MCNALLY.  Petitions for writs of habeas corpus denied.

No. 99–7133.  IN RE SIMON.  Petition for writ of mandamus denied.

No. 99–910.  IN RE TAPIA-ORTIZ.  Petition for writ of mandamus and/or prohibition denied.

No. 98–7579.  MARROQUIN *v.* PRUNTY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–8406.  BARONE *v.* OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 98–8625.  WAGENHEIM *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–8712.  SAMS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 99–479.  NTAKIRUTIMANA *v.* RENO, ATTORNEY GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–613.  GEORGE ET UX. *v.* CITY OF MORRO BAY ET AL. C. A. 9th Cir.  Certiorari denied.